ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA #1460
Assistant U.S. Attorney

ALLISON D. MCFEATTERS
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: allison.mcfeatters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 21 2010
at 2 o'clock and 45 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 10-00887 |
| Plaintiff, ) | INFORMATION |
| vs. ) | |
| ERIC M. ANDERSON, ) | 18 U.S.C. § 13; |
| Defendant. ) | H.R.S. § 712-1217 |

INFORMATION

The United States Attorney charges that:

On or about April 14, 2010, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, to wit: Bruyere's Field, Fort DeRussy, Honolulu, Hawaii, the defendant, ERIC M. ANDERSON, did knowingly and intentionally commit a lewd act which was likely to

be observed by others who would be affronted or alarmed by such actions.

All in violation of Section 712-1217 of the Hawaii Revised Statutes, a federal offense pursuant to Title 18, United States Code, Section 13.

Dated: DEC 2 1 2010, at Honolulu, Hawaii.

FLORENCE T. NAKUKUNI
United States Attorney
District of Hawaii

By _____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

By _____
ALLISON D. McFEATTERS
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. v. ERIC M. ANDERSON
CR. NO.
"INFORMATION"   CR 10-00887

2